UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eleanor Murray, *on behalf of herself and all others similarly situated*, <br><br> *Plaintiff*, <br><br> **v.** <br><br> Community Care Physicians, P.C., and BST & Co. CPAs, LLP, <br><br> *Defendants*, | Case No.: 1:20-cv-00661-MAD-DJS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned matter is voluntarily dismissed without prejudice.

/s/ James J. Bilsborrow
James J. Bilsborrow (Bar Roll #519903)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Ph: (212) 558-5500
Email: jbilsborrow@weitzlux.com

*Counsel for Plaintiff and the putative class*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent out to counsel of record by operation of the Court's electronic filing system.

*/s/ James J. Bilsborrow*